# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**HELEN SENU-OKE,**

    Plaintiff,

**CASE NO.  3:11-CV-079**

**-vs-**

**Judge Timothy S. Black**

**DAYTON PUBLIC SCHOOLS, et *al.*,**

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[ X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 16) is **GRANTED**; and the case is **CLOSED** on the docket of the Court.

Date:  July 30, 2012          **JAMES BONINI, CLERK**

                                         By: *s/ M. Rogers*
                                               Deputy Clerk